

July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 058601, 110568008, 110568009, and**
**110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you**
**include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own
> motion--
>
>> 1)    Within one year from the date of the initial determination or
>> redetermination for any reason.
>> 2)    Within four years from the date of the initial determination or
>> redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–
        1) There is new and material evidence that––
            i) Was not available or known at the time of the determination or decision; and
            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                              UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 6

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo, Co-office Manager
Custodian of records and Job Title      (Print)


Elizabeth Robledo
Custodian of records        (Signature)          8/19/2022
                                                   (Date)

JOHN R. ADAMS M.D.
Physician/Supplier          (Print)


Physician/Supplier          (Signature)          8/19/2022
                                                   (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123      Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com      UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 10-500

 

July 8, 2022

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

**COVENTBRIDGE**
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

MR#: 2022_188_534244943
Re:   **Post Payment Medical Records Request (Kansas)**
      **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
      **110568010**
      **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
      **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own motion–
>
>> 1) Within one year from the date of the initial determination or redetermination for any reason.
>> 2) Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when-

        1) There is new and material evidence that--

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com        UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                UPIC Midwestern Jurisdiction

10)   *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)   *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to—

(A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to—

(A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 506

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                              _8/19/2022_
Custodian of records            (Signature)                      (Date)

_John R. Adams M.D_
Physician/Supplier            (Print)

_[signature]_                              _8/19/2022_
Physician/Supplier            (Signature)                      (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                        UPIC Midwestern Jurisdiction

File 16 pdf - Page 507 of 7664

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2018-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III

509

File 16.pdf - Page 509 of 7664

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 510-1000




July 8, 2022

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own motion--
>
> > 1)    Within one year from the date of the initial determination or redetermination for any reason.
> > 2)    Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–

        1) There is new and material evidence that–-

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services.  Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)    A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge<br>
UPIC Midwestern<br>
2118 Southwest Boulevard<br>
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 1006

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

Elizabeth Robledo
Custodian of records              (Signature)

8/19/2022
(Date)

JOHN R. ADAMS M.D.
Physician/Supplier                (Print)

Physician/Supplier                (Signature)

8/19/2022
(Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079/HHSM-500-T0001
UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2018-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III

1009

File 16.pdf - Page 1009 of 7664

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 1010-1500

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
**110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

A contractor may reopen and revise its initial determination or redetermination on its own motion--

1) Within one year from the date of the initial determination or redetermination for any reason.

2) Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–
        1) There is new and material evidence that–
            i) Was not available or known at the time of the determination or decision; and
            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services.  Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

    (A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

    (A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

2118 Southwest Boulevard | Grove City, Ohio 43123            Contract HHSM-500-2016-00076I/HHSM-500-T0001
ph 614 801 0495 | fax 614 801 2361 | http://coventbridge.com            UPIC Midwestern Jurisdiction

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 1506

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that *Advanced Dermatology and Skin Cancer Center, PA* provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.


*Elizabeth Robledo Co-office Manager*
Custodian of records and Job Title        (Print)


*Elizabeth Robledo*                                    *8/19/2022*
Custodian of records        (Signature)                (Date)


*JOHN R. ADAMS M.D.*
Physician/Supplier        (Print)


*[signature]*                                        *8/19/2022*
Physician/Supplier        (Signature)                (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com        UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 1510-2000

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:     **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and 110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own motion--
>
> > 1)  Within one year from the date of the initial determination or redetermination for any reason.
> > 2)  Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when-

        1) There is new and material evidence that--

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123                Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                              UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                    UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 2006

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that *Advanced Dermatology and Skin Cancer Center, PA* provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

*Elizabeth Robledo  Co-office Manager*
Custodian of records and Job Title        (Print)

*Elizabeth Robledo* _____          8/19/2022 _____
Custodian of records          (Signature)              (Date)

*John R. Adams M.D* _____
Physician/Supplier             (Print)

_____                         8/19/2022 _____
Physician/Supplier             (Signature)              (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2381 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2018-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                 2009

File 16.pdf - Page 2009 of 7664

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 2010-2391

     

July 8, 2022

COVENTBRIDGE
THINK TRUTH
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

    A contractor may reopen and revise its initial determination or redetermination on its own motion--

        1)  Within one year from the date of the initial determination or redetermination for any reason.
        2)  Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                          2392

File 16 pdf - Page 2392 of 7664

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
- a) Establishing good cause. Good cause may be established when–
  - 1) There is new and material evidence that–
    - i) Was not available or known at the time of the determination or decision; and
    - ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services.  Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio  43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to—

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to—

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 2397

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_ _____            _8/19/2022_____
Custodian of records            (Signature)                        (Date)

_John R. Adams, M.D._
Physician/Supplier                (Print)

_____            _8/19/2022_____
Physician/Supplier            (Signature)                        (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- ✓ • Physician/Mid-level practitioner office/progress notes
- • Physician/Mid-level practitioner order(s)
- • History and Physical Examination
- ✓ • Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- • Consultation reports, if applicable
- ✓ • All progress notes, including wound measurements
- • Surgical reports, if applicable
- • Pathology reports, if applicable
- • Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123                Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                UPIC Midwestern Jurisdiction

Post Payment Medical Records Request

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- ✓ Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- ✓ Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079i/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III

2399

File 16 pdf - Page 2399 of 7664

Post Payment Medical Records Request                                          Page 9 of 9

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 2401-2891

 

July 8, 2022

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

MR#: 2022_188_534244943

Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own motion--
>
> > 1)   Within one year from the date of the initial determination or redetermination for any reason.
> > 2)   Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause.  Good cause may be established when-

        1) There is new and material evidence that--

            i)    Was not available or known at the time of the determination or decision; and

            ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD/. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123              Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                    UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to—

(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to—

(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 2897

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                          _8/19/2022_
Custodian of records        (Signature)           (Date)

_John R. Adams M.D._
Physician/Supplier        (Print)

_[signature]_                                 _8/19/2022_
Physician/Supplier        (Signature)           (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- ✓ Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- ✓ All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2381 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

Post Payment Medical Records Request                                    Page 8 of 9

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
    - **Consent forms**
    - **Intra-operative or Intra-procedural notes**
    - **Anesthesia notes**
    - **Nursing notes**
    - **Post-anesthesia care notes**
    - **Operative or procedural reports**
    - **Medication administration records**

✓ • Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information

✓ • Copy of Medicare card and state identification card (driver's license or state identification)

- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.

✓ • If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request                                    Page 9 of 9

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 2901-3391




July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment.  We are requesting additional information to properly evaluate these
claims.  Please review the directions and information in this letter.  **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program.  Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1].  As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b).  Regarding timeframes, the regulation provides:

        A contractor may reopen and revise its initial determination or redetermination on its own
        motion--

                1)    Within one year from the date of the initial determination or
                redetermination for any reason.
                2)    Within four years from the date of the initial determination or
                redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com              UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
- a) Establishing good cause.  Good cause may be established when-
  - 1) There is new and material evidence that--
    - i) Was not available or known at the time of the determination or decision; and
    - ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 3397

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.


Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title         (Print)


Elizabeth Robledo _____                    8/19/2022 _____
Custodian of records           (Signature)                        (Date)


John R. Adams, M.D. _____
Physician/Supplier                (Print)


_____                        8/19/2022 _____
Physician/Supplier                (Signature)                     (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
✓ - Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
✓ - All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123           Contract HHSM-500-2018-60079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                 UPIC Midwestern Jurisdiction

- ✓ • **Laboratory test results, if applicable**
  - • **All documentation related to operative procedures performed, including:**
    - o **Consent forms**
    - o **Intra-operative or Intra-procedural notes**
    - o **Anesthesia notes**
    - o **Nursing notes**
    - o **Post-anesthesia care notes**
    - o **Operative or procedural reports**
    - o **Medication administration records**
- ✓ • Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- ✓ • Copy of Medicare card and state identification card (driver's license or state identification)
  - • Consent for treatment, authorizing service
  - • Advanced Beneficiary Notice (ABNs)
  - • Legends, keys, or acronym lists to assist with understanding documentation
  - • Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
  - • Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
  - • If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ • If electronic health records (EHR), complete EHR audit trails

  - • Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
  - • Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

**For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.**

- • Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- • Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- • Copy of all order forms for skin substitutes and wound care products in the last 12 months
- • Copy of any rebates for skin substitutes and wound care products in the last 12 months
- • Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- • Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                3400

File 16.pdf - Page 3400 of 7664

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 3401-3738





July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
        A contractor may reopen and revise its initial determination or redetermination on its own
        motion--
                1)   Within one year from the date of the initial determination or
                redetermination for any reason.
                2)   Within four years from the date of the initial determination or
                redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
   a) Establishing good cause. Good cause may be established when–
      1) There is new and material evidence that––
         i)   Was not available or known at the time of the determination or decision; and
         ii)  May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 3744

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title          (Print)


Elizabeth Robledo
Custodian of records          (Signature)                    8/19/2022
                                                                          (Date)


JOHN R. ADAMS M.D.
Physician/Supplier          (Print)


_(signature)_                                                      8/19/2022
Physician/Supplier          (Signature)                    (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
✓ • Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
✓ • All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-000791/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- ✓ • **Laboratory test results, if applicable**
  - • **All documentation related to operative procedures performed, including:**
    - o **Consent forms**
    - o **Intra-operative or Intra-procedural notes**
    - o **Anesthesia notes**
    - o **Nursing notes**
    - o **Post-anesthesia care notes**
    - o **Operative or procedural reports**
    - o **Medication administration records**
- ✓ • Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- ✓ • Copy of Medicare card and state identification card (driver's license or state identification)
  - • Consent for treatment, authorizing service
  - • Advanced Beneficiary Notice (ABNs)
  - • Legends, keys, or acronym lists to assist with understanding documentation
  - • Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
  - • Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
  - • If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ • If electronic health records (EHR), complete EHR audit trails

  - • Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
  - • Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- • Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- • Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- • Copy of all order forms for skin substitutes and wound care products in the last 12 months
- • Copy of any rebates for skin substitutes and wound care products in the last 12 months
- • Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- • Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request                                                Page 9 of 9

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 3748-4238




July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
         **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
         **110568010**
         **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
         **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

    A contractor may reopen and revise its initial determination or redetermination on its own
    motion--

            1)   Within one year from the date of the initial determination or
            redetermination for any reason.
            2)   Within four years from the date of the initial determination or
            redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123         Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com         UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–

        1) There is new and material evidence that–-

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123      Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.9495 | fax 614.801.2361 | http://coventbridge.com      UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                      UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 4244

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that *Advanced Dermatology and Skin Cancer Center Center PA* provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title       (Print)

Elizabeth Robledo
Custodian of records          (Signature)

8/19/2022
(Date)

JOHN R. ADAMS M D
Physician/Supplier          (Print)

Physician/Supplier          (Signature)

8/19/2022
(Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
✓ - Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
✓ - All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123      Contract HHSM-500-2016-60079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction



- ✓ • **Laboratory test results, if applicable**
- • **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- ✓ • Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- ✓ • Copy of Medicare card and state identification card (driver's license or state identification)
- • Consent for treatment, authorizing service
- • Advanced Beneficiary Notice (ABNs)
- • Legends, keys, or acronym lists to assist with understanding documentation
- • Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- • Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- • If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ • If electronic health records (EHR), complete EHR audit trails

- • Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- • Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- • Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- • Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- • Copy of all order forms for skin substitutes and wound care products in the last 12 months
- • Copy of any rebates for skin substitutes and wound care products in the last 12 months
- • Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- • Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 4248-4738

   

July 8, 2022

COVENTBRIDGE
THINK TRUTH
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

A contractor may reopen and revise its initial determination or redetermination on its own motion--

1) Within one year from the date of the initial determination or redetermination for any reason.

2) Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com
Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                                          4739

File 16 pdf - Page 4739 of 7664

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when—

        1) There is new and material evidence that—

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

   a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 4744

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_
Custodian of records                (Signature)

_8/19/2022_
(Date)

_John R. Adams M.D._
Physician/Supplier          (Print)

_[signature]_
Physician/Supplier          (Signature)

_8/19/2022_
(Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- ✓ Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- ✓ All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079H/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                          4745

File 16 pdf - Page 4745 of 7664

- ✓ **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
    - o **Consent forms**
    - o **Intra-operative or Intra-procedural notes**
    - o **Anesthesia notes**
    - o **Nursing notes**
    - o **Post-anesthesia care notes**
    - o **Operative or procedural reports**
    - o **Medication administration records**
- ✓ Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- ✓ Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 4748-5417

firm_id     firm_globa provider_i provider_f provider_l provider_r provider_t mrn        patient_id patient_fir

patient_la pms_id    patient_ty subject    audit_log_ visit_id    date_crea event_dat event_nan event_trig

referenced referenced request_ic session_id day        globaliden year        month

 

July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own motion—
>
> > 1) Within one year from the date of the initial determination or redetermination for any reason.
> >
> > 2) Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                                                          5421

File 16 pdf - Page 5421 of 7664

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–
       1) There is new and material evidence that––
          i) Was not available or known at the time of the determination or decision; and
          ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

    a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to----
    (A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and
    (B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).
        (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to----
    (A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and
    (B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).
  (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge<br>
UPIC Midwestern<br>
2118 Southwest Boulevard<br>
Grove City, Ohio 43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 5426

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, LLC PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title          (Print)

_Elizabeth Robledo_ _____          _8/19/2022_
Custodian of records          (Signature)                    (Date)

_JOHN R. ADAMS M.D_
Physician/Supplier          (Print)

_____          _8/19/2022_
Physician/Supplier          (Signature)                    (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- • Physician/Mid-level practitioner office/progress notes
- • Physician/Mid-level practitioner order(s)
- • History and Physical Examination
- ✓ • Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- • Consultation reports, if applicable
- ✓ • All progress notes, including wound measurements
- • Surgical reports, if applicable
- • Pathology reports, if applicable
- • Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

- ✓ • **Laboratory test results, if applicable**
  - • **All documentation related to operative procedures performed, including:**
    - o **Consent forms**
    - o **Intra-operative or Intra-procedural notes**
    - o **Anesthesia notes**
    - o **Nursing notes**
    - o **Post-anesthesia care notes**
    - o **Operative or procedural reports**
    - o **Medication administration records**
- ✓ • Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- ✓ • Copy of Medicare card and state identification card (driver's license or state identification)
- • Consent for treatment, authorizing service
- • Advanced Beneficiary Notice (ABNs)
- • Legends, keys, or acronym lists to assist with understanding documentation
- • Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- • Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- • If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ • If electronic health records (EHR), complete EHR audit trails
- • Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- • Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- • Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- • Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- • Copy of all order forms for skin substitutes and wound care products in the last 12 months
- • Copy of any rebates for skin substitutes and wound care products in the last 12 months
- • Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- • Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 5430-5920

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
        A contractor may reopen and revise its initial determination or redetermination on its own
        motion~
                1)     Within one year from the date of the initial determination or
                       redetermination for any reason.
                2)     Within four years from the date of the initial determination or
                       redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com               UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when—

        1) There is new and material evidence that—

           i) Was not available or known at the time of the determination or decision; and

           ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD/. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 5926

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that *Advanced dermatology and Skin Cancer Center, PA* provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

Elizabeth Robledo_____        8/19/2022
Custodian of records          (Signature)            (Date)

JOHN R. ADAMS M.D._____
Physician/Supplier              (Print)

_____        8/19/2022
Physician/Supplier            (Signature)            (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079i/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                    5928

File 16 pdf - Page 5928 of 7664

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 5930-6420

 

July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you**
**include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

        A contractor may reopen and revise its initial determination or redetermination on its own
        motion--

                1)  Within one year from the date of the initial determination or
                redetermination for any reason.

                2)  Within four years from the date of the initial determination or
                redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
    a) Establishing good cause. Good cause may be established when--
        1) There is new and material evidence that--
            i)    Was not available or known at the time of the determination or decision; and
            ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
    - **Consent forms**
    - **Intra-operative or Intra-procedural notes**
    - **Anesthesia notes**
    - **Nursing notes**
    - **Post-anesthesia care notes**
    - **Operative or procedural reports**
    - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio  43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                         UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to----

(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to----

(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 6426

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

Elizabeth Robledo _____        8/19/2022 _____
Custodian of records        (Signature)              (Date)

JOHN R. ADAMS M.D. _____
Physician/Supplier        (Print)

_____        8/19/2022 _____
Physician/Supplier        (Signature)              (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

**For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.**

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 6430-6920

 

July 8, 2022

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and
       110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
       A contractor may reopen and revise its initial determination or redetermination on its own
       motion—
               1)   Within one year from the date of the initial determination or
               redetermination for any reason.
               2)   Within four years from the date of the initial determination or
               redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com              UPIC Midwestern Jurisdiction

File 16 pdf - Page 6921 of 7664

Post Payment Medical Records Request                                          Page 2 of 9

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when—
        1) There is new and material evidence that--
            i)    Was not available or known at the time of the determination or decision; and
            ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                  Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)    A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 6926

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo   Co-office Manager
Custodian of records and Job Title          (Print)

Elizabeth Robledo _____          8/19/2022
Custodian of records          (Signature)                    (Date)

John R. Adams, M.D. _____
Physician/Supplier          (Print)

_____          8/19/2022
Physician/Supplier          (Signature)                    (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 6930-7420




July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
        A contractor may reopen and revise its initial determination or redetermination on its own
        motion--
                1)    Within one year from the date of the initial determination or
                redetermination for any reason.
                2)    Within four years from the date of the initial determination or
                redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
    a) Establishing good cause. Good cause may be established when—
        1) There is new and material evidence that—
            i)    Was not available or known at the time of the determination or decision; and
            ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 7426

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)


_Elizabeth Robledo_                    _8/19/2022_
Custodian of records        (Signature)              (Date)


_John R. Adams, MD_
Physician/Supplier        (Print)


_[signature]_                          _8/19/2022_
Physician/Supplier        (Signature)              (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2381 | http://coventbridge.com        UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- ✓ If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2018-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III

7429

File 16.pdf - Page 7429 of 7664

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 7430-7664

 

July 8, 2022

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own
> motion--
>
>> 1)   Within one year from the date of the initial determination or
>>      redetermination for any reason.
>>
>> 2)   Within four years from the date of the initial determination or
>>      redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause.  Good cause may be established when--

        1) There is new and material evidence that--

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to----

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to----

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 7670

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

Elizabeth Robledo _____        8/19/2022
Custodian of records              (Signature)                    (Date)

John R. Adams M.D. _____
Physician/Supplier                (Print)

_____        8/19/2022
Physician/Supplier                (Signature)                    (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
    - **Consent forms**
    - **Intra-operative or Intra-procedural notes**
    - **Anesthesia notes**
    - **Nursing notes**
    - **Post-anesthesia care notes**
    - **Operative or procedural reports**
    - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 7674-7846

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022 188 534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
    A contractor may reopen and revise its initial determination or redetermination on its own
    motion--
            1)   Within one year from the date of the initial determination or
            redetermination for any reason.
            2)   Within four years from the date of the initial determination or
            redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when--

        1) There is new and material evidence that--

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio  43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                UPIC Midwestern Jurisdiction

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 7852

Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center LLC PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                                    _8/19/2022_
Custodian of records            (Signature)                    (Date)

_JOHN R. ADAMS M.D_
Physician/Supplier              (Print)

_[signature]_                                    _8/19/2022_
Physician/Supplier              (Signature)                    (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request                                      Page 9 of 9

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 7856-8346

**COVENTBRIDGE**
THINK TRUTH



July 8, 2022

**COVENTBRIDGE**
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:     **Post Payment Medical Records Request (Kansas)**
Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and
110568010
Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719
Reference Number: CSE-220330-00013

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

    A contractor may reopen and revise its initial determination or redetermination on its own
    motion--

        1)  Within one year from the date of the initial determination or
        redetermination for any reason.
        2)  Within four years from the date of the initial determination or
        redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause.  Good cause may be established when--

        1) There is new and material evidence that--

            i)     Was not available or known at the time of the determination or decision; and

            ii)    May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 8352

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title          (Print)

Elizabeth Robledo _____          8/19/2022 _____
Custodian of records          (Signature)                     (Date)

John R. Adams M.D _____
Physician/Supplier          (Print)

_____          8/19/2022 _____
Physician/Supplier          (Signature)                     (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 8356-8689

 

July 8, 2022

COVENTBRIDGE<br>THINK TRUTH<br>AUG 2 4 2022<br>RECEIVED<br>GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:  **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and 110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment.  We are requesting additional information to properly evaluate these claims.  Please review the directions and information in this letter.  **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program.  Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1].  As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b).  Regarding timeframes, the regulation provides:

    A contractor may reopen and revise its initial determination or redetermination on its own motion~

        1)  Within one year from the date of the initial determination or redetermination for any reason.

        2)  Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when--
        1) There is new and material evidence that--
            i)    Was not available or known at the time of the determination or decision; and
            ii)    May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

Post Payment Medical Records Request                                    Page 5 of 9

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to—
- (A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and
- (B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).
    - (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to—
- (A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and
- (B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).
- (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 8695

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that *Advanced Dermatology and Skin Cancer Center PA* provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo   Co-office Manager
Custodian of records and Job Title     (Print)

Elizabeth Robledo _____       8/19/2022
Custodian of records      (Signature)        (Date)

John R. Adams, M.D. _____
Physician/Supplier      (Print)

_____       8/19/2022
Physician/Supplier      (Signature)        (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123      Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com      UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 8699-9189





July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022 188 534244943

Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment.  We are requesting additional information to properly evaluate these
claims.  Please review the directions and information in this letter.  **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program.  Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1].  As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b).  Regarding timeframes, the regulation provides:
       A contractor may reopen and revise its initial determination or redetermination on its own
       motion—
              1)    Within one year from the date of the initial determination or
              redetermination for any reason.
              2)    Within four years from the date of the initial determination or
              redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com              UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–

        1) There is new and material evidence that--

            i)      Was not available or known at the time of the determination or decision; and

            ii)     May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

Post Payment Medical Records Request                                    Page 5 of 9

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——
(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and
(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).
(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——
(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and
(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).
(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 9195

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

Elizabeth Robledo _____              8/19/2022
Custodian of records            (Signature)              (Date)

John R. Adams M.D _____
Physician/Supplier            (Print)

_____                     8/19/2022
Physician/Supplier            (Signature)              (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123       Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com              UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 9199-9689

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment.  We are requesting additional information to properly evaluate these
claims.  Please review the directions and information in this letter.  **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program.  Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1].  As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b).  Regarding timeframes, the regulation provides:
        A contractor may reopen and revise its initial determination or redetermination on its own
        motion--
                1)  Within one year from the date of the initial determination or
                redetermination for any reason.
                2)  Within four years from the date of the initial determination or
                redetermination for good cause as defined in § 405.986...

---

[1]  UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–
        1) There is new and material evidence that––
            i) Was not available or known at the time of the determination or decision; and
            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                 9691

File 17 pdf - Page 2027 of 3947

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614 801.0495 | fax 614 801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——
(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and
(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).
(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——
(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and
(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).
(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00076I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                        UPIC Midwestern Jurisdiction

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 9695

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.


_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)


_Elizabeth Robledo_                                        _8/19/2022_
Custodian of records            (Signature)                      (Date)


_John R. Adams M.D._
Physician/Supplier            (Print)


_[signature]_                                             _8/19/2022_
Physician/Supplier            (Signature)                      (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2381 | http://coventbridge.com                          UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 9699-10189

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
       A contractor may reopen and revise its initial determination or redetermination on its own
       motion--
              1)    Within one year from the date of the initial determination or
              redetermination for any reason.
              2)    Within four years from the date of the initial determination or
              redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                            10190
File 17 pdf - Page 2526 of 8947

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a)   Establishing good cause.  Good cause may be established when–

        1)   There is new and material evidence that--

            i)     Was not available or known at the time of the determination or decision; and

            ii)    May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123      Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com      UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                   UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00076I/HHSM-500-T0001
ph 614 801 0495 | fax 614 801 2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 10195

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title          (Print)

_Elizabeth Robledo_ _____          _8/19/2022_
Custodian of records             (Signature)                  (Date)

_John R. Adams M.D._ _____
Physician/Supplier             (Print)

_(signature)_ _____          _8/19/2022_
Physician/Supplier             (Signature)                  (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 10199-10689





July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and 110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

A contractor may reopen and revise its initial determination or redetermination on its own motion—

    1) Within one year from the date of the initial determination or redetermination for any reason.

    2) Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

  a) Establishing good cause. Good cause may be established when--

    1) There is new and material evidence that--

        i)   Was not available or known at the time of the determination or decision; and

        ii)  May result in a different conclusion ...

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
    - **Consent forms**
    - **Intra-operative or Intra-procedural notes**
    - **Anesthesia notes**
    - **Nursing notes**
    - **Post-anesthesia care notes**
    - **Operative or procedural reports**
    - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——
   (A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and
   (B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).
      (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——
      (A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and
      (B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).
   (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 10695

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center Clinic PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                                    _8/19/2022_
Custodian of records                (Signature)                        (Date)

_John R. Adams M.D._
Physician/Supplier                (Print)

_[signature]_                                        _8/19/2022_
Physician/Supplier                (Signature)                        (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 10699-11128

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
        A contractor may reopen and revise its initial determination or redetermination on its own motion--
                1)    Within one year from the date of the initial determination or redetermination for any reason.
                2)    Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
    a)  Establishing good cause.  Good cause may be established when–
        1)  There is new and material evidence that–-
            i)      Was not available or known at the time of the determination or decision; and
            ii)     May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                              UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to-----

(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to-----

(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 11134

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)


Elizabeth Robledo                                    8/19/2022
Custodian of records            (Signature)                (Date)


JOHN R. ADAMS M.D.
Physician/Supplier                (Print)


_(signature)_                                    8/19/2022
Physician/Supplier            (Signature)                (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                                    11137

File 17 pdf - Page 3473 of 8947

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 11138-11628

 

July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022 188 534244943
Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
        A contractor may reopen and revise its initial determination or redetermination on its own motion--
                1)   Within one year from the date of the initial determination or redetermination for any reason.
                2)   Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com        UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when--

        1) There is new and material evidence that--

           i)    Was not available or known at the time of the determination or decision; and

           ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to----

  (A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

  (B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

    (ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to----

  (A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

  (B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

  (ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 11634

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that *Advanced Dermatology and Skin Cancer Center, PA* provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

Elizabeth Robledo _____                    8/19/2022 _____
Custodian of records            (Signature)                            (Date)

John R. Adams MD _____
Physician/Supplier            (Print)

_____                                8/19/2022 _____
Physician/Supplier            (Signature)                            (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 11638-12128

 

July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
    A contractor may reopen and revise its initial determination or redetermination on its own
    motion--
            1)  Within one year from the date of the initial determination or
            redetermination for any reason.
            2)  Within four years from the date of the initial determination or
            redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause.  Good cause may be established when--
        1) There is new and material evidence that--
            i)    Was not available or known at the time of the determination or decision; and
            ii)    May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

Post Payment Medical Records Request                                    Page 3 of 9

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number.  Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval.  [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations.  When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations.  CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-0007SI/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                              UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B) Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

(A) Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B) Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii) The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 12134

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Roblero  Co-office Manager
Custodian of records and Job Title         (Print)

Elizabeth Roblero _____     8/19/2022 _____
Custodian of records               (Signature)              (Date)

John R. Adams M.D. _____
Physician/Supplier                  (Print)

_____     8/19/2022 _____
Physician/Supplier                  (Signature)              (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123     Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request                                      Page 9 of 9

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 12138-12683




July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022 188 534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own
> motion--
>
> > 1)   Within one year from the date of the initial determination or
> > redetermination for any reason.
> >
> > 2)   Within four years from the date of the initial determination or
> > redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when--
        1) There is new and material evidence that--
            i)    Was not available or known at the time of the determination or decision; and
            ii)    May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to—

(A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

(B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to—

(A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

(B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 12689

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                              _8/19/2022_
Custodian of records          (Signature)               (Date)

_John R. Adams M.D._
Physician/Supplier          (Print)

_(signature)_                                    _8/19/2022_
Physician/Supplier          (Signature)               (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2018-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com            UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 12693-13074




July 8, 2022

COVENTBRIDGE
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
       A contractor may reopen and revise its initial determination or redetermination on its own
       motion--
              1)   Within one year from the date of the initial determination or
              redetermination for any reason.
              2)   Within four years from the date of the initial determination or
              redetermination for good cause as defined in § 405.986...

---
[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when--

        1) There is new and material evidence that--

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion ...

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)    A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00076I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 13080

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                        _8/19/2022_
Custodian of records          (Signature)          (Date)

_John R. Adams, M.D._
Physician/Supplier          (Print)

_[signature]_                        _8/19/2022_
Physician/Supplier          (Signature)          (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123        Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2381 | http://coventbridge.com                      UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

Post Payment Medical Records Request                                    Page 9 of 9

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 13084-13574

 

July 8, 2022

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
**110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

   A contractor may reopen and revise its initial determination or redetermination on its own motion--

            1)    Within one year from the date of the initial determination or redetermination for any reason.
            2)    Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

Post Payment Medical Records Request                                      Page 2 of 9

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
- a) Establishing good cause.  Good cause may be established when--
  - 1) There is new and material evidence that--
    - i) Was not available or known at the time of the determination or decision; and
    - ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10)   *Failure to document or provide CMS access to documentation.* (i) The provider or
supplier did not comply with the documentation or CMS access requirements specified
in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. §
424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that
furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs
is required to----
  (A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years
from the date of service; and
  (B)   Upon the request of CMS or a Medicare contractor, to provide access to that
documentation (as described in paragraph (f)(1)(ii) of this section).
    (ii)   The documentation includes written and electronic documents (including the NPI
of the physician or, when permitted, other eligible professional who ordered,
certified, referred, or prescribed the Part A or B service, item, or drug) relating to
written orders, certifications, referrals, prescriptions, and requests for payments for
Part A or B services, items or drugs.

  (2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or
prescribes Part A or B services, items or drugs is required to----
    (A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7
years from the date of the service; and
    (B)   Upon request of CMS or a Medicare contractor, to provide access to that
documentation (as described in paragraph (f)(2)(ii) of this section).
  (ii)   The documentation includes written and electronic documents (including the NPI of the
physician or, when permitted, other eligible professional who ordered, certified,
referred, or prescribed the Part A or B service, item, or drug) relating to written orders,
certifications, referrals, prescriptions or requests for payments for Part A or B services,
items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from
the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) -
782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 13580

<u>Acknowledgement of Completion</u>

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                    _8/19/2022_
Custodian of records          (Signature)                (Date)

_JOHN R. ADAMS M.D_
Physician/Supplier          (Print)

_(signature)_                          _8/19/2022_
Physician/Supplier          (Signature)                (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2018-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                                        13583

File 17 pdf - Page 5919 of 8947

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 13584-14074




July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:  **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
**110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you**
**include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own
> motion--
>
>> 1)  Within one year from the date of the initial determination or
>> redetermination for any reason.
>> 2)  Within four years from the date of the initial determination or
>> redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                                    14075

File 17 pdf - Page 6411 of 8947

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when–

        1) There is new and material evidence that--

            i)    Was not available or known at the time of the determination or decision; and

            ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

   a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                              UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——
  (A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and
  (B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).
    (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)   A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——
  (A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and
  (B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).
    (ii)   The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 14080

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title          (Print)

_Elizabeth Robledo_
Custodian of records                    (Signature)

_8/19/2022_
(Date)

_JOHN R. ADAMS M.D_
Physician/Supplier                       (Print)

_[signature]_
Physician/Supplier                    (Signature)

_8/19/2022_
(Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 14084-14574

 

July 8, 2022

COVENTBRIDGE

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943
Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment.  We are requesting additional information to properly evaluate these
claims.  Please review the directions and information in this letter.  **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program.  Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1].  As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b).  Regarding timeframes, the regulation provides:
    A contractor may reopen and revise its initial determination or redetermination on its own
    motion--
            1)   Within one year from the date of the initial determination or
            redetermination for any reason.
            2)   Within four years from the date of the initial determination or
            redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com          UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when-

        1) There is new and material evidence that--

            i)    Was not available or known at the time of the determination or decision; and

            ii)   May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                    UPIC Midwestern Jurisdiction

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to-----

    (A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to-----

    (A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio 43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 14580

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo   Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                                    _8/19/2022_
Custodian of records              (Signature)          (Date)

_John R. Adams M.D_
Physician/Supplier                (Print)

_[signature]_                                          _8/19/2022_
Physician/Supplier                (Signature)          (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 14584-15074





July 8, 2022

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment.  We are requesting additional information to properly evaluate these
claims.  Please review the directions and information in this letter.  **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program.  Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1].  As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b).  Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own
> motion--
>
> > 1)  Within one year from the date of the initial determination or
> > redetermination for any reason.
> > 2)  Within four years from the date of the initial determination or
> > redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

    a) Establishing good cause. Good cause may be established when--

        1) There is new and material evidence that--

            i) Was not available or known at the time of the determination or decision; and

            ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

2116 Southwest Boulevard | Grove City, Ohio 43123            Contract HHSM-500-2016-00079/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                              UPIC Midwestern Jurisdiction

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                           UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to----

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to----

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

(ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 15080

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                          _8/19/2022_
Custodian of records            (Signature)              (Date)

_John R. Adams M.D_
Physician/Supplier            (Print)

_[signature]_                              _8/19/2022_
Physician/Supplier            (Signature)              (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio  43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 15084-15583

 

July 8, 2022

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
       **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
       **110568010**
       **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
       **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you
previously submitted for payment. We are requesting additional information to properly evaluate these
claims. Please review the directions and information in this letter. **It is critically important that you
include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the
Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with
entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction
Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity
Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge")
is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity
activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated
by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
       A contractor may reopen and revise its initial determination or redetermination on its own
       motion--
               1)  Within one year from the date of the initial determination or
               redetermination for any reason.
               2)  Within four years from the date of the initial determination or
               redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota,
Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
  a) Establishing good cause.  Good cause may be established when--
     1) There is new and material evidence that--
        i)   Was not available or known at the time of the determination or decision; and
        ii)  May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

**Directions for esMD Submission: please read carefully**

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to—

    (A)    Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)    Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)    A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to—

    (A)    Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)    Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)    The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

2118 Southwest Boulevard | Grove City, Ohio 43123                Contract HHSM-500-2016-00076I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                UPIC Midwestern Jurisdiction

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 15589

### Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo   Co-office Manager
Custodian of records and Job Title        (Print)


Elizabeth Robledo _____          8/19/2022 _____
Custodian of records          (Signature)                     (Date)


John R. Adams M.D. _____
Physician/Supplier          (Print)


_____          8/19/2022 _____
Physician/Supplier          (Signature)                     (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                          UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails

- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 15593-16059

 

July 8, 2022

COVENTBRIDGE
AUG 2 4 2022
RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:    **Post Payment Medical Records Request (Kansas)**
**Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and 110568010**
**Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
**Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:

> A contractor may reopen and revise its initial determination or redetermination on its own motion--
>
> > 1) Within one year from the date of the initial determination or redetermination for any reason.
> > 2) Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986…

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079I/HHSM-500-T0001
UPIC Midwestern Jurisdiction

VOL. III                                                                                               16060
File 17 pdf - Page 8396 of 8947

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:

  a)  Establishing good cause.  Good cause may be established when—
    1)  There is new and material evidence that—
      i)   Was not available or known at the time of the determination or decision; and
      ii)  May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause.  The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list.  Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully

*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123                    Contract HHSM-500-2016-00079i/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                                    UPIC Midwestern Jurisdiction

10)  *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f)  *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to----

  (A)  Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

  (B)  Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

   (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i)  A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to----

  (A)  Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

  (B)  Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

   (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge
UPIC Midwestern
2118 Southwest Boulevard
Grove City, Ohio 43123

Your cooperation and prompt reply is requested. If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 16065

Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced Dermatology and Skin Cancer Center, PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.


_Elizabeth Robledo  Co-office Manager_
Custodian of records and Job Title          (Print)


_Elizabeth Robledo_                              _8/19/2022_
Custodian of records              (Signature)              (Date)


_John R. Adams, M.D._
Physician/Supplier                (Print)


_[signature]_                                    _8/19/2022_
Physician/Supplier              (Signature)              (Date)


Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123                Contract HHSM-500-2016-00079H/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - o **Consent forms**
  - o **Intra-operative or Intra-procedural notes**
  - o **Anesthesia notes**
  - o **Nursing notes**
  - o **Post-anesthesia care notes**
  - o **Operative or procedural reports**
  - o **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 16069-16568

**COVENTBRIDGE**
THINK TRUTH



July 8, 2022

**COVENTBRIDGE**
THINK TRUTH

AUG 2 4 2022

RECEIVED
GROVE CITY

Advanced Dermatology and Skin Cancer Center PA
Attention: John Adams MD, Owner
2735 Pembrook PL
Manhattan, KS 66502-7482

MR#: 2022_188_534244943

Re:     **Post Payment Medical Records Request (Kansas)**
        **Provider/Supplier Medicare ID Number(s): 110568, 858601, 110568008, 110568009, and**
        **110568010**
        **Provider/Supplier NPI: 1124094867, 1891798245, 1548750912, 1609468396, and 1174102719**
        **Reference Number: CSE-220330-00013**

To Dr. Adams:

This letter is a request for medical documentation associated with the reopening of Medicare claims you previously submitted for payment. We are requesting additional information to properly evaluate these claims. Please review the directions and information in this letter. **It is critically important that you include the MR#, referenced in the header of this letter, with any records you submit to us.**

In accordance with section 1893 of the Social Security Act [42 U.S.C. 1395ddd] and Title II §202 of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, CMS is authorized to contract with entities to fulfill requirements of the Medicare Integrity Program. Section 6034 of the Deficit Reduction Act (DRA) of 2005 established the Medicaid Integrity Program. CMS utilizes Unified Program Integrity Contractors (UPICs) to perform these functions. CoventBridge (USA) Inc. (hereinafter, "CoventBridge") is the UPIC for the Midwestern Jurisdiction[1]. As the UPIC, CoventBridge performs program integrity activities aimed to reduce fraud, waste, and abuse in the Medicare and Medicaid programs.

CoventBridge must adhere to the rules for reopening initial determinations and redeterminations initiated by a contractor, as set forth at 42 C.F.R. § 405.980(b). Regarding timeframes, the regulation provides:
    A contractor may reopen and revise its initial determination or redetermination on its own motion--
                1)    Within one year from the date of the initial determination or redetermination for any reason.
                2)    Within four years from the date of the initial determination or redetermination for good cause as defined in § 405.986...

---

[1] UPIC Midwestern consists of the following states: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, Ohio and Wisconsin.

The regulation addressing good cause for reopening is found at 42 C.F.R. § 405.986 and, as applicable here:
- a) Establishing good cause. Good cause may be established when--
  - 1) There is new and material evidence that--
    - i) Was not available or known at the time of the determination or decision; and
    - ii) May result in a different conclusion …

CoventBridge is reopening the claims associated with the beneficiaries referenced on the enclosed list for good cause. The reopening is based on credible evidence regarding data analysis findings. We are requesting additional information to properly evaluate the Medicare claims submitted for payment.

Please contact us prior to the submission of records if you are an authorized participant in a CMS Innovation Model.

We are requesting that you provide copies of the items and records listed below, as well as any documentation not listed that supports the services billed for the beneficiaries referenced on the enclosed list. Please include the following:

- **Physician/Mid-level practitioner office/progress notes**
- **Physician/Mid-level practitioner order(s)**
- **History and Physical Examination**
- **Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment**
- **Consultation reports, if applicable**
- **All progress notes, including wound measurements**
- **Surgical reports, if applicable**
- **Pathology reports, if applicable**
- **Radiology reports, if applicable**
- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record

- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

### For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

As a UPIC, CoventBridge may request that a provider produce the relevant records in order to accurately conduct a post-payment audit. CoventBridge is not obligated to reimburse the provider for the cost of producing the requested records. Chapter 3 of the CMS Program Integrity Manual (Pub. 100-08), section 3.2.3.6, provides the guidance for reimbursement for requested records. In addition:

> A participating Medicare provider is required under §1815 of the Act to furnish information needed to determine the amounts due. Consequently, where the amount of payment due is directly affected, the program does not recognize a specific charge by the provider for furnishing a copy of a medical record. Any cost incurred by the provider in making this information available to a contractor is a payable provider administrative cost.

Similarly, Medicare does not reimburse for the use of a copy service to copy medical records. If you use a copying service, please be aware that Medicare will not reimburse for their services.

### Directions for esMD Submission: please read carefully
*CoventBridge accepts documentation from providers via CMS's Electronic Submission of Medical Documentation (esMD) system. For more information, see http://www.cms.gov/esMD. Please ensure that any documents submitted through esMD are routed to CoventBridge, and not to your Medicare Administrative Contractor (MAC).*

*If you choose to submit medical records via CMS's esMD system, you must provide the Medical Record number (MR#) 2022_188_534244943 under the ESMD CASEID field, and the CCN number under the ESMD CLAIMID field.*

*If you enter any other type of information, or leave one of the fields blank, the system will not be able to identify the record automatically which will result in additional processing time.*

*If you have electronic medical records or have the capability of scanning your medical records, notes, photographs, x-rays, or other documentation to a CD in a PDF file format, CoventBridge prefers these submissions in place of paper copies. Please ensure that all documentation for each beneficiary is in the same file location and identifiable by the beneficiary name and HICN/MBI number. Due to the HIPAA regulations, please password-protect the CD prior to forwarding to CoventBridge and provide a contact person at your office for password retrieval. [Office of Management and Budget (OMB) Paperwork Reduction Act #: 0938-0969]*

The HIPAA Privacy Rule permits disclosure of protected health information without beneficiary authorization to carry out treatment, payment or health care operations. When Medicare beneficiaries enroll in the program, they are informed of Medicare's use of their protected health information to carry out health care operations. CoventBridge is a Unified Program Integrity Contractor that performs health care operations as a business associate of the Centers for Medicare and Medicaid Services. Providing the requested documentation does not violate the minimum necessary provision of the HIPAA Privacy Rule and does not require beneficiary authorization.

Please note that pursuant to the Privacy Act of 1974, any medical information obtained by our office, including that which is marked "confidential," is subject to disclosure to the individual to whom it pertains (e.g. the beneficiary), either directly or through designated professional medical personnel.

You are required to furnish to the intermediary or carrier sufficient information to determine whether payment is (or was) due and the amount of payment [see §1815(a) of the Social Security Act]. Section 1833(e) of the Act states that no payment shall be made to any provider of services unless there has been furnished such information as may be necessary in order to determine the amounts due such provider and §1862(a)(1)(A) of the Act states that no payment may be made under part A or B for any expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. If no documentation is received, the services billed will be denied for no supporting documentation and an overpayment will be sought.

Additionally, failure to submit the requested records by the due date may result in penalties taken against you, including revocation of your Medicare billing privileges, pursuant to 42 C.F.R. § 424.535(a)(10).

a) *Reasons for revocation.* CMS may revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement or supplier agreement for the following reasons:

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                    UPIC Midwestern Jurisdiction

10) *Failure to document or provide CMS access to documentation.* (i) The provider or supplier did not comply with the documentation or CMS access requirements specified in §424.516(f) of this subpart.

The regulation addressing documentation or CMS access requirements is found at 42 C.F.R. § 424.516(f)(2)(i)-(ii) and, as applicable here:

(f) *Maintaining and providing access to documentation.* (1)(i) A provider or a supplier that furnishes covered ordered, certified, referred, or prescribed Part A or B services, items or drugs is required to——

    (A)   Maintain documentation (as described in paragraph (f)(1)(ii) of this section) for 7 years from the date of service; and

    (B)   Upon the request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(1)(ii) of this section).

        (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions, and requests for payments for Part A or B services, items or drugs.

(2)(i) A physician or, when permitted, an eligible professional who orders, certifies, refers, or prescribes Part A or B services, items or drugs is required to——

    (A)   Maintain documentation (as described in paragraph (f)(2)(ii) of this section) for 7 years from the date of the service; and

    (B)   Upon request of CMS or a Medicare contractor, to provide access to that documentation (as described in paragraph (f)(2)(ii) of this section).

    (ii)  The documentation includes written and electronic documents (including the NPI of the physician or, when permitted, other eligible professional who ordered, certified, referred, or prescribed the Part A or B service, item, or drug) relating to written orders, certifications, referrals, prescriptions or requests for payments for Part A or B services, items, or drugs.

Please send the requested documentation, along with a copy of this letter, within **30 calendar days** from the date of this letter, to the following address:

CoventBridge

UPIC Midwestern

2118 Southwest Boulevard

Grove City, Ohio  43123

Your cooperation and prompt reply is requested.  If you have any questions, please contact me at (614) - 782-6071 and/or LaTonya.Johnston@coventbridge.com.

Sincerely,

*LaTonya Johnston*

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGE 16574

## Acknowledgement of Completion

Upon fulfilling the request for records, I certify that _Advanced dermatology and Skin Cancer Center Center PA_ provided all existing medical records and supporting documentation to substantiate payment of the Medicare claims within the list attached to this request by CoventBridge.

Elizabeth Robledo  Co-office Manager
Custodian of records and Job Title        (Print)

_Elizabeth Robledo_                          _8/19/2022_
Custodian of records          (Signature)              (Date)

_John R. Adams M.D_
Physician/Supplier                (Print)

_(signature)_                                _8/19/2022_
Physician/Supplier          (Signature)              (Date)

Please acknowledge any and all documentation submitted by your office for the purpose of the Post Payment Medical Records Request.

- Physician/Mid-level practitioner office/progress notes
- Physician/Mid-level practitioner order(s)
- History and Physical Examination
- Current and previous treatments received to include dates, diagnosis for treatment, treatment, and progress/response to treatment
- Consultation reports, if applicable
- All progress notes, including wound measurements
- Surgical reports, if applicable
- Pathology reports, if applicable
- Radiology reports, if applicable

2118 Southwest Boulevard | Grove City, Ohio 43123
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com

Contract HHSM-500-2016-00079H/HHSM-500-T0001
UPIC Midwestern Jurisdiction

- **Laboratory test results, if applicable**
- **All documentation related to operative procedures performed, including:**
  - **Consent forms**
  - **Intra-operative or Intra-procedural notes**
  - **Anesthesia notes**
  - **Nursing notes**
  - **Post-anesthesia care notes**
  - **Operative or procedural reports**
  - **Medication administration records**
- Copy of the face sheet, including the beneficiary contact information, telephone number(s), address, and emergency contact information
- Copy of Medicare card and state identification card (driver's license or state identification)
- Consent for treatment, authorizing service
- Advanced Beneficiary Notice (ABNs)
- Legends, keys, or acronym lists to assist with understanding documentation
- Signature card/sheet, including the printed names and signatures of all personnel documenting in the beneficiary's record
- Copy of licenses and/or certifications for all personnel documenting in the beneficiary's record and/or performing services
- If electronic signatures used, documentation to verify the entries are appropriately authenticated/dated, the system has safeguards to prevent unauthorized access, and a process is in place for reconstruction.
- If electronic health records (EHR), complete EHR audit trails
- Staff list, with signature attestations (if available), of the personnel employed in the office on the date of service requested
- Any and all medical findings and any other documentation to support the claim(s) and medical necessity of the billed service(s)

## For all skin substitutes and wound care products, including but not limited to Artacent, Epifix, and Epicord.

- Copy of all inventory logs, including lot numbers, for skin substitutes and wound care products in the last 12 months.
- Copy of all Invoices for skin substitutes and wound care products in the last 12 months
- Copy of all order forms for skin substitutes and wound care products in the last 12 months
- Copy of any rebates for skin substitutes and wound care products in the last 12 months
- Copy of any rebate agreements for skin substitutes and wound care products between the provider and any distributor/manufacturer
- Any marketing material presented to you the provider, or your patients for skin substitutes and wound care products

2118 Southwest Boulevard | Grove City, Ohio 43123          Contract HHSM-500-2016-00079I/HHSM-500-T0001
ph 614.801.0495 | fax 614.801.2361 | http://coventbridge.com                        UPIC Midwestern Jurisdiction

# PLACEHOLDER FOR PAGES FILED UNDER SEAL

## VOL. III, PAGES 16578-16611